UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JAVIER CASTILLO,

          Plaintiff,

   v.

CBCC SUPERINTENDENT, et al.,

          Defendants.

CASE NO. 3:17-cv-05701-RJB-JRC

ORDER DENYING MOTION TO COMPEL

    The District Court has referred this action, filed pursuant to 42 U.S.C. § 1983, to United States Magistrate Judge J. Richard Creatura. Plaintiff Javier Castillo has filed a "motion for order compelling discovery." Dkt. 14.

    A motion to compel is appropriate to force an opposing party to make a disclosure pursuant to Federal Rule of Civil Procedure 26, or to respond to written or oral discovery requests. Fed. R. Civ. P. 37(a)(3). For purposes of such a motion, "an evasive or incomplete disclosure, answer, or response must be treated as a failure to disclose, answer, or respond." Fed. R. Civ. P. 37(a)(4). Rule 37(a)(1) of the Federal Rules of Civil Procedure requires that a party

| 1 | seeking to compel discovery include in the motion a certification that the moving party "has in
| 2 | good faith conferred or attempted to confer" with the party failing to make disclosures.
| 3 | Plaintiff's motion to compel does not actually request any discovery. *See* Dkt. 14. Rather,
| 4 | plaintiff provides a list of a number of documents that he has attached to his motion, seemingly
| 5 | in support of his complaint. Plaintiff has not alleged that defendants have failed to produce
| 6 | discovery and he has not explained whether he has provided them with any interrogatories or
| 7 | other discovery instruments. The Court is unclear what relief, if any, plaintiff seeks from the
| 8 | Court, but an order compelling discovery is not the appropriate remedy.
| 9 | As such, the motion for an order compelling discovery (Dkt. 14) is denied.
| 10 | Dated this 18th day of May, 2018.

J. Richard Creatura
United States Magistrate Judge